# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

EFREN LOPEZ-GAMBOA,

        Petitioner,

    v.

RICHARD MORGAN,

        Respondent.

CASE NO. C05-940JLR

ORDER OF REFERENCE
Non-Dispositive Motion
Pending in Civil Case

    The court hereby refers to United States Magistrate Judge Monica J. Benton, pursuant to 28 U.S.C. § 636(b)(1), Local Rules W.D. Wash. MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this court:

    Petitioner's Motion to Supplement the Record (Dkt. # 23)

    The magistrate judge shall hear and determine such motion. Any appeal from the determinations of the magistrate judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rules W.D. Wash. MJR 3(b).

    Dated this 26th day of October, 2005.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER OF REFERENCE