UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EFREN LOPEZ-GAMBOA, | ) |
| | ) |
| Petitioner, | ) CASE NO.   C05-940JLR |
| | ) |
| v. | ) |
| | ) |
| RICHARD MORGAN, | ) ORDER DENYING PETITIONER'S |
| | ) MOTION TO SUPPLEMENT THE |
| Respondent. | ) RECORD |
| | ) |

This matter comes before the Court on petitioner's motion to supplement the record. The Court, having considered petitioner's motion, and the balance of the record, does hereby find and ORDER:

(1)   Petitioner's motion to supplement the record (Dkt. No. 23) is DENIED. Petitioner seeks to supplement the record with materials which he believes provide additional support for the claims set forth in his federal habeas petition. However, none of the proposed supplemental materials submitted by petitioner alter this Court's analysis of petitioner's claims, as set forth in the Report and Recommendation issued on October 12, 2005, or this Court's conclusion that petitioner's federal habeas petition should be denied. Accordingly, it would serve no purpose to permit petitioner to supplement the record at this juncture.

ORDER DENYING PETITIONER'S
MOTION TO SUPPLEMENT THE
RECORD - 1

(2) The Clerk shall direct copies of this Order to petitioner, to counsel for respondent, and to the Honorable James L. Robart.

DATED this 1st day of November, 2005.

_____
MONICA J. BENTON
United States Magistrate Judge

ORDER DENYING PETITIONER'S
MOTION TO SUPPLEMENT THE
RECORD - 2