UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EFREN LOPEZ-GAMBOA,

                        Petitioner,

        v.

RICHARD MORGAN,

                        Respondent.

CASE NO. C05-940JLR

ORDER OF REFERENCE

        The court hereby refers to United States Magistrate Judge Monica J. Benton, pursuant to 28 U.S.C. § 636(b)(1), Local Rules W.D. Wash. MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this court:

        Petitioner's Motion for Appointment of Counsel (Dkt. # 32)

        The magistrate judge shall hear and determine such motion.  Any appeal from the determinations of the magistrate judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rules W.D. Wash. MJR 3(b).

        Dated this 28th day of December, 2005.

                                                s/James L.  Robart
                                                _____
                                                JAMES L. ROBART
                                                United States District Judge

ORDER OF REFERENCE